IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COURTNEY PROCELL, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-20-526 |
| ENSCO INCORPORATED, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

In accordance with this court's Memorandum and Opinion of today's date, this action is remanded to the 270th Judicial District of Harris County, Texas.

SIGNED on May 20, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge